App. Div.]          Second Department, April, 1915.

Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.  Order to be settled before Mr. Justice Stapleton.

William F. Reilly, Respondent, v. William M. Barrett, as President, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Charlotte Schoneberger, Individually and as Executrix, etc., Respondent, v. James Fey, Appellant. — Motion granted upon condition that appellant pay ten dollars costs of this motion, perfect his appeal, place the case on the May calendar and be ready for argument when reached; otherwise, motion denied, with ten dollars costs.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

United States Title Guaranty Company, Respondent, v. Arthur A. Brown, Appellant.— Motion for leave to appeal to the Court of Appeals granted.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.  Order to be settled before the presiding justice.

Hilma E. Ahlstrom, Appellant, v. Charles O. Ahlstrom, Respondent.— Order affirmed, without costs.  No opinion.  Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Edward Bell, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Carr, Rich and Putnam, JJ., concurred.

Jacob Buchman, Plaintiff, v. Abraham Berman, Respondent.  Benjamin Erde, Appellant.  (Actions Nos. 1, 2 and 3.) — Order modified by striking out so much of the costs of the first action, viz., fifteen dollars, as went into the counterclaim of the second action; and as so modified affirmed, without costs.  No opinion.  Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

1175 De Kalb Avenue Company, Inc., Respondent, v. Thomas A. Clarke, Appellant.  (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Carr, Rich and Putnam, JJ., concurred.

1175 De Kalb Avenue Company, Inc., Respondent, v. Thomas A. Clarke, Appellant.  (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Carr, Rich and Putnam, JJ., concurred.

James Harley, Respondent, v. Hannah E. Plant, Executrix, etc., and William Gleichmann, Appellants.— Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Dayton Hedges, Respondent, v. Pioneer Iron Works, Appellant.— Without determining whether the amended complaint is sufficient in law, we think that plaintiff should be permitted to serve the same.  As terms of the amendment, defendant is entitled to receive its full taxable costs and disbursements of the action to date.  Whether the sum allowed ($100) is equal to these or not, we are not in a position to determine.  Defendant may, at its election, either receive, as terms of the amendment, such taxable costs and disbursements. but without any extra allowance, or the sum allowed by the learned justice at Special Term.  The order as thus